## OLLIE OSTENDORF v. STATE.

No. A———. Opinion Filed Jan. 13, 1914.
(137 Pac. 1196.)

A. J. Jones, for plaintiff in error.

PER CURIAM. The plaintiff, Ollie Ostendorf, was convicted of gaming, and on the 16th day of December, 1912, was sentenced by the court to be confined in the county jail for 30 days and pay a fine of $100. An appeal from this judgment was properly taken. The plaintiff in error has filed a motion to dismiss the appeal, which motion is hereby sustained, and the cause remanded to the lower court, with directions to enforce the judgment herein.

## Ex parte JAMES O'CONNOR.

No. A———. Opinion Filed April 25, 1911.
(115 Pac. 1132.)

C. F. Dyer, for petitioner.

A. L. Emery, Co. Atty., for respondent.

PER CURIAM. James O'Connor filed in this court on March 17, 1911, a petition wherein it is alleged that he is unlawfully imprisoned and restrained of his liberty by S. E. Sutherland, sheriff of Blaine county, setting forth the facts constituting the alleged unlawful restraint. Upon this petition a writ of habeas corpus issued, returnable April 15, 1911. With the application was filed a stipulation waiving the personal appearance of the petitioner. No further appearance has been made in said cause. As said proceedings have apparently been abandoned, the writ of habeas corpus heretofore issued is hereby discharged, and said petitioner is hereby remanded to the custody of the sheriff of Blaine county.